-04553-LDD     Document 1     Filed 07/09/2002



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | $0.37 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.42 |

Postmark: FOLCROFT PA 19032, 2002 07/19/2002

Sent To: Jeffrey Smith
Street, Apt. No., or PO Box No.: Borough of Media

MEDIA PA 19063

OFFICIAL USE

PS Form 3800, January 2001     See Reverse for Instructions