**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 1140 0003 0278 8905

OFFICIAL USE

NORWOOD PA 19074

| | | |
|---|---|---|
| Postage | $ | $0.37 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.42 |

Postmark Here — FOLCROFT PA 19032 USPS JUL 19 2002 — 07/19/2002

Sent To: Norwood Police Department
Street, Apt. No.; or PO Box No.: 10 W. Cleveland Ave
City, State, ZIP+4: Norwood PA 19074

PS Form 3800, January 2001          See Reverse for Instructions

