

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

MEDIA PA 19063

| | |
|---|---|
| Postage | $0.37 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.42 |

FOLCROFT PA 19032
Postmark Here
JUL 19 2002
07/19/2002
USPS

Sent To: Delaware County Sheriff's Dept
Street, Apt. No., or PO Box No.: 201 W. Front St
City, State, ZIP+4: Media PA 19063

7001 1140 0003 0278 8862

PS Form 3800, January 2001   See Reverse for Instructions