

# U.S. Postal Service
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | $0.37 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.42 |

Postmark Here

FOXCROFT ▲ 19032
JUL 19 2002
USPS
0032

MEDIA PA 19063

**Sent To**
Mary ann Grace

*Street, Apt. No.;*
*or PO Box No.* 201 W. Front st

*City, State, ZIP+4*

PS Form 3800, January 2001    See Reverse for Instructions