

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

FOLCROFT PA 19032

| | |
|---|---|
| Postage | $0.37 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.42 |

Postmark Here: USPS FOLCROFT PA 19032 JUL 16 2002 07/16/2002

Name (Please Print Clearly) (to be completed by mailer)
John McBrearty
Street, Apt. No.; or PO Box No.
928 Delview Dr.
City, State, ZIP+4
Folcroft PA 19032-1706

PS Form 3800, July 1999 — See Reverse for Instructions