**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): RAYMOND DOUGHERTY
B. Date of Delivery: 7-22-02
C. Signature: X [signature]
☐ Agent
☐ Addressee

1. Article Addressed to:

Norwood Police Department
10 W. Cleveland Ave
Norwood PA 19074

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article (Trans...): 7001 1140 0003 0278 8905

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424