**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Delaware County Sheriff's Dept
201 W. Front St
Media PA 19063

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): ROBERT CROOK   B. Date of Delivery: JUL 22 2002

C. Signature
X  Robert Crook
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 1140 0003 0278 8882

PS Form 3811, March 2001        Domestic Return Receipt        102595-01-M-1424