| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) ROBERT CROOK  B. Date of Delivery SEP 22 2002<br>C. Signature<br>X *Robert Crook*  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Maryann Grace<br>Govt. Center Building<br>201 W. Front St<br>Media PA 19063 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from...) 7001 1140 0003 0278 8899 | |

PS Form 3811, March 2001      Domestic Return Receipt      102595-01-M-1424