**John McBrearty**
928 Delview Drive
Folcroft  PA  19032-1706281
(610)534-2002

ANSWER TO SUMMONS
Civil Action No. 02-4553

DATE:  August 4, 2002

To:  Michael E. Kunz

Re:  Electronic Case Filing  -  originally filed July 27, 2002

    Attached are copies of certified mail receipts, and copies of signed or stamped delivery receipts.  All have new dates from the previous information.  Copies of the complaint, with the civil action number, Were sent to all parties involved.

_____
John McBrearty