UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN MCBREARTY; CARL MCBREARTY; : CIVIL ACTION
AND NINA MCBREARTY :
:
V. :
:
DELAWARE COUNTY SHERIFFS : NO. 02-4553
DEPARTMENT; NORWOOD BOROUGH POLICE
DEPARTMENT; DELAWARE COUNTY; AND
MEDIA BOROUGH

ENTRY OF APPEARANCE
AND JURY TRIAL DEMAND

TO THE DISTRICT COURT CLERK

Please enter our appearance on behalf of the Defendant, Norwood Borough Police Department, in the above captioned case.

Defendant, Norwood Borough Police Department, demands a jury trial in the above case. Jury of twelve, with alternates demanded.

MARGOLIS EDELSTEIN

BY: *Christopher J. Pakuris*
_____
CHRISTOPHER J. PAKURIS, ESQUIRE
Attorney for Defendant Norwood
Borough Police Department
I.D. No. 31179
The Curtis Center - Fourth Floor
Independence Square West
Philadelphia, PA 19106-3304
(215) 922-1100