**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **John McBrearty** | : | **No. 02-4553** |
| **Carl McBrearty and Nina McBrearty** | : | |
| **vs.** | : | **JURY TRIAL DEMANDED** |
| **Delaware County Sheriff's Department** | : | |
| **Norwood Borough Police Department** | : | |
| **Delaware County and Media Borough** | : | |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THE DISTRICT COURT:**

    Kindly enter my appearance as counsel for the Defendants, Delaware County Sheriff's Department and Delaware County, only, in the above-referenced matter. A jury trial of twelve (12) members is demanded.

                                    **Respectfully Submitted,**

                                    **HOLSTEN & ASSOCIATES**

       **BY:** _____
                    **Thomas C. Gallagher, Esquire**
                    **Attorney for Defendant, Delaware County Sheriff's**
                    **Department and Delaware County, ONLY**

Dated:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **John McBrearty** | : | **No. 02-4553** |
| **Carl McBrearty and Nina McBrearty** | : | |
| | | |
| **vs.** | | **JURY TRIAL DEMANDED** |
| **Delaware County Sheriff's Department** | : | |
| **Norwood Borough Police Department** | : | |
| **Delaware County and Media Borough** | : | |

**CERTIFICATE OF SERVICE**

    I, Thomas C. Gallagher, Esquire, counsel for Defendants, Delaware County Sheriff's Department and Delaware County, only, hereby state that a true and correct copy of my Entry of Appearance has been sent to the following, via first class mail on the 11th day of October, 2002:

> John McBrearty
> 928 Delview Drive
> Folcroft, PA 19032
>
> Media Borough
> c/o Manager Jay Smith
> 301 N. Jackson Street
> Media, PA 19063
>
> Carl J. DiCampli, Esquire
> **Margolis Edelstein**
> The Curtis Center, Fourth Floor
> Independence Square West
> Philadelphia, PA 19106-3304
>
> Carl McBrearty
> 928 Delview Drive
> Folcroft, PA 19032
>
> Nina McBrearty
> 928 Delview Drive
> Folcroft, PA 19032

        **Respectfully Submitted,**
        **HOLSTEN & ASSOCIATES**

**BY:** _____
        **Thomas C. Gallagher, Esquire**
        **Attorney for Defendant, Delaware County Sheriff's**
        **Department and Delaware County, ONLY**