UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN MCBREARTY;  :
CARL MCBREARTY; and  :
NINA MCBREARTY  :
 :
v.  :
 :  CIVIL ACTION NO: 02-4553
DELAWARE COUNTY SHERIFFS  :
DEPARTMENT; NORWOOD BOROUGH  :
POLICE DEPARTMENT; DELAWARE  :
COUNTY; and MEDIA BOROUGH  :
 :

## AMENDMENT TO COMPLAINT

Plaintiffs, John McBrearty; Carl McBrearty; and Nina McBrearty, moves this Honorable Court to accept this amendment to complaint, filed in addition to our original complaint, pursuant to defendant Norwood Borough Police Department and others request. In addition Plaintiffs apologize to this Honorable Court for not having the economic stability to provide ourselves with the proper legal council assistance that we need. Many lawyer firms were contacted who could not help. The ACLU request for assistance provided us with a form letter that states: We give priority to those cases in which our participation can benefit a large class of people or lead to a change in the law. We are not a large class of people, and, we have never petitioned anyone to change the law.

This complaint is more centered on the administration of the law, and how we were violated as a result of it. The accumulative effect of questionable decisions that were made, has resulted in significant losses to the plaintiffs. A jury should decide. There were multiple civil liberty violations, as a result of the questionable decisions.