1. Reply to must set forth a claim for relief.

The deed for a marital property in the names of John & Belinda McBrearty was transferred into Belinda's name only. Exhibit A is a transfer document which states that I received a dollar, a dollar I never received. In addition is a court order and an appeal.

2. Exhibit B is a criminal complaint filed in response to Exhibit A. The response I received from Michelle Hutton was : That the matter was already in a civil court and that there was no need to open up a criminal complaint, she then assured me that the types of crimes that I was concerned about, perjury and theft of real estate, would be handled in the civil courts.

3. Exhibit C is a PFA against Carl which states; Carl has threatened me, said he hates me and could just punch me in the face. Is that a valid complaint for imposing a 1 year PFA order? That court order is exhibit D. There exists an additional, almost mirror image PFA NO: 02-03145 which was entered as exhibit B on the Margolis-Edelstein motion of defendant, Norwood Borough Police Department. Nina is listed as a person who seeks protection, then she was evicted with Carl and I.

4. Compensatory relief sought : John - Lost a property that over 154,000 in mortgage payments was invested, thousands in building upgrades, and thousands in equipment in the garage that a reasonable amount of time to retrieve was not allotted. The unreasonable demand of police presence to remove it after the eviction scared away all the help. John - spent 3000 to move. Carl - spent 2000 to move. Nina - spent 4000 to move

5. Punitive damages sought : Request a jury to decide separate punitive damages for each of the three plaintiffs. Nina had to break into the house, with the help of two neighbors just to get her clothes so she could live. The names of the helpful neighbors will be withheld unless some compelling reason surfaces to name them. One of them was a pre-teen child.