9.  All the defendants combined actions directly contributed to the unreasonable seizure of private property. After the eviction the Norwood police continued on with more questionable behavior In Sept./02 It was requested that the Norwood police provide information as to which law enforcement reference manuals they had at the police station. Requested was what the ISBN no's of those books were, it was desired to get them from the library so I could provide this more definite statement, which they requested. The response I received from the woman who waited on me was horrifying. First she said they had no reference manuals. Then she said that no one at the police station knew what an ISBN number was. Then I said to her. You mean to tell me that no one in the police station has a high school education. Then she started laughing in my face. Because she knew she was lying to me in an attempt to blow me off and specifically not assist me with my request. Is this obstruction of justice?

10. In response to Media's motion to dismiss because I'm not following the rules. I think there may be the pot calling the kettle black here. I can't get legal assistance, everyone implies it's to involved and politically the wrong people are mentioned as major players in the complaint. We can not control those facts, nor can we control what they have done. Is it a requirement that a single person who wants to protest obtain a permit for a public gathering? The words on the application for a permit do not imply or state that. The word gathering, as used, implies more than one. Jeffrey Smith's actions directly started a chain of events that resulted in tremendous emotional distress, due process violations, and malicious prosecution. Substantial losses to the plaintiffs has occurred. Also stated is that we have no facts to support our claim to relief. Let me question Belinda McBrearty in front of a jury, testimony to the facts will be provided. Forthcoming a list of material witnesses will be provided, who are not mentioned in the complaint all of which It is desired to question in front of a jury. All who could provide testimony relevant to these complaints.