11. Additional facts can be obtained from the phone company, a list of every phone

number dialed from the government center on 3/13/02 which would include Belinda's work number.

The phone company says they can't provide that because it's a local call, but that's not true. The

technology exists and the phone company uses it to generate a phone bill. If the FBI wanted it, they

would have it. Answers from Belinda will establish that the phone call was made to her, that

she was solicited by the authorities to file two separate PFA's that contained false information. Also

that they coached her, and told her what key words to use. Another material witness is Belinda's boss,

whom she had told  she was leaving work unexpectedly early on the afternoon of  3/13/02. She told her

boss why she was leaving, that the courthouse wanted her to come down to fill out some papers.  All

these facts will be substantiated through questioning.

12. Norwood's amended motion states that their only involvement was to direct the sheriff

to the residence.  This statement is only partially true.  Officer Manning was inside our home with

another officer dressed in blue at the time we were being evicted. We were in the dining room with

some of the sheriff's deputies, who were dressed in brown. The dining room and living room turned

into a congregation area after the officers looked in all the rooms in the house. We were all there

together, except for Nina, who was at work. They did more than direct the sheriff's department to our

home. It is mentioned in their report, almost four months after the fact, that the locks were changed,

and the residence was released to Belinda McBrearty. What is not mentioned is that the house was full

of almost all our personal possessions that they gave Belinda access to, and Nina was denied access

to all of her possessions. They evicted us and gave the landlord the key. The Norwood police were

an active part of us being violated. Isn't the police department's primary function to protect the public?

Where was our protection?