13. Exhibit G is proof that the sheriffs department was totally aware that a PFA order was specifically violating us and denying us of our rights to due process of law. Statements made from Mike Raffaele in the court room, that the PFA was the sheriffs idea because there were guns at the house, is an effort designed to violate our rights to bear arms. There was never a complaint involving any of the plaintiffs that involved a firearm. Only the smallest gun was operable, the others were missing parts so they could not be fired, just in case they were stolen. At the time of the eviction John had a valid permit to carry a gun. Statistically people who have permits are rarely involved with the illegal discharge of weapons. There was no justification for this course of action, this is simply malicious prosecution. The sheriffs department is directed by Delaware County, and they are responsible for the violations and our losses also. The County is solely responsible for the doctored, altered, and edited transcript of a court proceeding they provided to us. A blatant cover up of the court proceedings that took place in the judges chambers. That will be entered as evidence during the trial.

14. Plaintiffs have a tape, received from the court house, in which Mike Raffaele, a lawyer states that he took legal advice from the sheriff, and instructed his client to break the law. In addition to specifically lying to the judge, he told her the house was sold and " In order to complete the settlement we had to actually bring— enforce your order of eviction. " The house was not sold. He lied. He said there was an issue of guns. They were just violating my rights to bear arms. Directed by the sheriff.

15. Plaintiffs demand a jury trial for judgment for relief of compensatory and punitive damages. Compensatory damages sought for John McBrearty are $163000. Compensatory damages sought for Carl McBrearty are $3000. Compensatory damages sought for Nina are $4000. Punitive damages sought are $1 million for each of the plaintiffs.

16. Following is the unchanged original complaint, none of those facts are any different. None of those statements are changed.