JOHN McBREARTY
928 DELVIEW DRIVE
FOLCROFT PENNSYLVANIA 19032
(610) 534-2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN McBREARTY  
CARL McBREARTY  
NINA McBREARTY          :   CIVIL ACTION NO. 02-4553

    Plaintiff

vs.

DELAWARE COUNTY SHERRIFFS DE-
PARMENT
NORWOOD BOROUGH POLICE DE-
PARTMENT
DELAWARE COUNTY
MEDIA BOROUGH

    Defendant

## COMPLAINT

Individuals Involved :

    John McBrearty   928 Delview Drive, Folcroft  PA

    Carl McBrearty   928 Delviev Drive, Folcroft  PA

    Nina McBrearty   Amosland Road, Rosedale Apts., Holmes  PA

    Jeffrey Smith   Media Borough Manager

    Maryann Grace   Executive Director of Delaware County

    Sam Sivelli   Media Park Commissioner, Delaware County Sheriffs Department

    Six or more Delaware county deputies, and at least two Norwood police officers