Time Line of Events :

    3/5/02  I went to the Media Police Station and requested an application for a permit for a public gathering. A woman gave me the application and also she gave me a business card of Jeffrey Smith. She informed me that his signature was required on the approval of the application, and that I should call him to discuss the situation, before I filled out the form, and that he would inform me of any necessary requirements for approval of the permit.

    3/7/02  Around 9:00 am Jeffrey Smith returned my call, minutes after I left him a message. I told him that my intention was to get a permit for a peaceful one person protest, an advertising campaign, on the front lawn near the sidewalk at 201 W. Front St. in Media, the Court House front lawn. I told him I wanted to erect easels with poster boards, not interfering with the sidewalk traffic. Advertising how I felt that I was turned into a victim by going inside the court house, and the processing should be more streamlined.

    He told me that there was a borough ordinance that required him to receive in writing, a letter, from whomever was responsible for the property. Stating that I had a conversation with them, regarding my intensions. What the protest was about? He then told me that Maryann Grace was the one that was responsible, and that the letter had to come from her. He gave me her phone number.

I left messages to Maryann Grace.

    3/12/02  Around 10:00 am Maryann and I had a conversation on the phone. I explained, what the protest was about, and what my intentions were, what I needed from her to process my application for a permit. She told me that she needed to talk to some additional people, she said that she would talk with those people, and she would get back to me.

    3/12/02  Around 1:45 pm Maryann Grace's assistant May called me. Informed me that Maryann said the protest was ok with her, but I needed to receive approval from Sam Sivelli, the Media Park Commissioner. Explain my intensions to him, because he was responsible for the court house front lawn. Tell Sam to call Maryann with his acceptance or rejection of my request.

    3/12/02  Around 2:00 pm  I had a phone conversation with Sam Sivelli. I told him why I was calling, and what I needed from him, and I provided him with all the details.

    His concerns in the conversation were; If I was going to erect a tent. If I intended to drive stakes into the lawn. Where my vehicle would be parked. Weather I was in any way going to effect traffic flow on the street or the sidewalk. He informed me that trash generated from me being there; removal was my responsibility. He told me he had to talk to other people, and that he would get back to me.