3/13/02  Sometime before 4:00 pm.  Someone from the court house complex called my wife Belinda, at her work.  Told her she had to come to the court house to fill out some papers because me and my son Carl were going to be evicted.

Belinda was the owner of the property, at the time, but me Carl and Nina lived there, and paid for all the property expenses.

Sometime before 4:00 pm Belinda filed two separate PFA with eviction orders against myself, and Carl.  Initiated by someone at the court house, that contained false information.  Very dangerous bomb materials references that were false.  Someone at that complex coerced Belinda to do this.  Not her lawyer.  Illegal harassment by law enforcement ? Entrapment ?

3/13/02  About 8:00 pm.  The deputies and the local police arrived at my home to evict Carl and I.  I immediately allowed them to enter our home.  There were many uniformed officers, I stopped counting at six, there was multiple police cars outside.  With them also was a locksmith who changed the locks on the house and the garage.  They allowed us to put some possessions at one of our neighbors homes, gave us enough time to get some clothing and personal items.  I mentioned to the sheriff that my daughter Nina lived there with Carl and I, and that I had to get a set of these new keys to give to her, because she was not listed on the temporary PFA and eviction order as a defendant, and that she was not home at the time.  The sheriff I spoke to refused, and acting as judge, jury, and executioner, evicted Nina with no paperwork to justify his actions.  Harassment ?  Due process violations ?

Sometime after 8:30 on 3/13/02.  The sheriffs, or the police, gave the new keys to 649 Seneca Ave. to Belinda.  A person who has not lived at that address since 10/25/96, an address that contained all the personal belongings of myself, Carl, and Nina.  Belinda then proceeded to rummage through all of our personal belongings, our computer, our phone messages.  Privacy violations ?  Three items are missing.

3/14/02 about 9:30 am.  I called Sam Sivelli and asked him if there was any problems with my protest permit application process.  He then, through conversation, informed me that the process had changed.  He told me that I had to put something in writing, as to my request and present it to Maryann Grace, and that he would go from there on his approval.  Convenient law change before 9:30 am.

3/14/02 sometime before 12:00.  I hand delivered a letter to Maryann Grace's office, stating my intentions on my protest pursuit.

3/16 - 3/17/02 the weekend.  I had the time to digest the lies that were on the PFA complaint.  Two of the lies were a big concern to us.  Blow up the house.  And.  Has material to make explosives.  The sheriffs and the police arrived at our home, without a bomb squad, no bomb sniffing dogs, and no evacuation to protect the public.  Police procedures 101 ? .  Then Nina told Carl and I, That Belinda told her, that she was called at work on 3/13/02 and told to come to the courthouse and fill out some papers, because Carl and I were going to be evicted from 649.  We were shocked, and I asked Nina if she would talk to Belinda again, and verify that fact.  She did, and the story did not change.  These events lead us to believe that we were targeted for police harassment, and that our civil rights were violated, and we would become targets of physical harm or death.  Now we were afraid.  Malicious prosecution ?