3/18/02 between 10:15 and 10:30 am. In fear of additional malfeasance from the authorities, I left messages for Maryann Grace, Sam Sivelli, and Jeffrey Smith. That I was not going to pursue protesting on the courthouse front lawn.

3/18/02 around 4:00 pm. Hired Jay Wills to defend Carl and I on the PFA issue, provided him with every detail of this time line, paid $525.

3/21/02 We went to court. When it was Jay's turn to start the proceedings, he came to Carl and I and said he wanted to talk to the judge in the judges chambers instead of in open court. I don't know what was said. We were permanently evicted. We were not convicted of any crime or wrong doing. Jay said there was nothing he could do because Belinda technically owned the house. The judge gave us only four days to get everything out of the house. Despite my request for more time. Secret proceedings without a court stenographer ? Due process ?

Complaints:
Someone at 201 W. Front St., the courthouse complex, solicited Belinda to provide false information to the authorities. Entrapment ? Due process violations ?
Sheriffs department used information that they knew was false, and evicted Carl and myself. They evicted Nina with no paperwork at all. Police harassment ? Due process violations ?
Sheriffs Department or the police gave Belinda access to mine, Carl's, and Nina's personal possessions, without our consent. Privacy violations ?
The timing of these events, was engineered, by the local authorities, to specifically deny me freedom of speech.
The sheriffs department, and the police department violated either one of two groups.
They violated myself, Carl, and Nina, by executing a PFA with an eviction order when they knew the information was coerced, and false.
Or they violated the public by not protecting them, via, evacuation, bomb squad, and dogs, and ignored two bomb references on a legal document, when our country is involved in a war against terrorism, and bomb threats are of utmost importance. The eight or ten officers who came to my home were the neighborhood heroes, they save people. I'm not believing that all those officers were grossly derelict of there duties. I don't believe it. You don't believe it. A jury isn't going to believe it either. Everyone has the liberty to violate the law. We all have the liberty to complain about it. They violated us because I wanted to protest.

_____

John McBrearty

_____

Carl McBrearty

_____

Nina McBrearty