IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN MCBREARTY, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DELAWARE COUNTY SHERIFFS** | : | |
| **DEPARTMENT, et al.** | : | **NO. 02-4553** |

**O R D E R**

**AND NOW**, this          day of April, 2003, upon consideration of defendant Norwood Borough Police Department's Motion to Dismiss the Plaintiffs' Complaint or, in the Alternative, Motion for More Definite Statement (Doc. #4), defendant Borough of Media's Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R.C.P. 12(b)(6) (Doc. #6), defendant Norwood Borough Police Department's Amended Motion to Dismiss the Plaintiffs' Complaint or, in the Alternative, Motion for More Definite Statement (Doc. #7), and defendants Delaware County and Delaware County Sheriff's Department's Motion to Dismiss Plaintiffs' Complaint or, in the Alternative, Motion for More Definite Statement (Doc. #9), as plaintiffs have filed what purports to be an amended complaint, a copy of which is appended hereto, **IT IS HEREBY ORDERED** that said Motions are **DENIED** as moot, without prejudice to defendants to renew with regard to plaintiffs' Amendment to Complaint by April 29, 2003, or to otherwise respond to the Amendment to Complaint. **IT IS FURTHER ORDERED** that plaintiffs shall respond to any renewed motions to dismiss within fourteen (14) days after receiving said motions,

and in no event later than May 19, 2003.  Plaintiffs shall serve their responses to defendants' Motions to Dismiss upon defendants not on compact disc but on paper, by certified mail, return receipt requested.

                                      **BY THE COURT:**

                                      **Legrome D. Davis, Judge**