UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCBREARTY;<br>CARL MCBREARTY; and<br>NINA MCBREARTY,<br><br>        Plaintiffs<br><br>    v.<br><br>DELAWARE COUNTY SHERIFFS<br>DEPARTMENT; NORWOOD<br>BOROUGH POLICE DEPARTMENT;<br>DELAWARE COUNTY; and<br>MEDIA BOROUGH,<br><br>        Defendants | CIVIL ACTION NO. 02-4553 |

**SUR REPLY TO THE PLAINTIFFS' RESPONSE
TO THE MOTION TO DISMISS OF
<u>DEFENDANT, NORWOOD BOROUGH POLICE DEPARTMENT</u>**

    The Norwood Borough Police Department (hereinafter referred to as Defendant Norwood), if even possibly assisting in the eviction of the Plaintiffs, John McBrearty and Carl McBrearty, was acting on the Temporary Protection from Abuse Order signed by Judge Ann Osborne on March 13, 2002. The Plaintiffs have failed to allege any facts to show that the conduct of Defendant Norwood would elevate to some type of legal cause of action. Simply put, Defendant Norwood was enforcing an Order that was entered by the Court of Common Pleas of Delaware County, Pennsylvania. The police officers involved in this matter do not have the option of questioning or overruling the Order dated March 13, 2002, decreed Judge Ann Osborne and are afforded "qualified immunity" as previously outlined in Defendant Norwood's Motion to Dismiss the Plaintiffs' Amended Complaint.

–2–

For the reasons stated herein and in Defendant Norwood's Motion to Dismiss the Plaintiffs' Amended Complaint, Defendant Norwood respectfully requests that this Honorable Court enter an Order dismissing the Norwood Borough Police Department, with prejudice, from this action.

Respectfully submitted,

MARGOLIS EDELSTEIN

By:_____
Carl J. DiCampli, Esquire
Christopher J. Pakuris, Esquire

The Curtis Center, Fourth Floor
Independence Square West
Philadelphia, PA  19106-3304
(215) 922-1100

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCBREARTY;<br>CARL MCBREARTY; and<br>NINA MCBREARTY<br><br>     v.<br><br>DELAWARE COUNTY SHERIFFS<br>DEPARTMENT; NORWOOD<br>BOROUGH POLICE DEPARTMENT;<br>DELAWARE COUNTY; and<br>MEDIA BOROUGH | <br><br><br><br>CIVIL ACTION NO. 02-4553 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Sur Reply to Plaintiffs' Response to the Motion to Dismiss of Defendant, Norwood Borough Police Department, has been served this _____ day of May, 2003, by first-class United States mail, postage pre-paid, addressed as follows:

John McBrearty
928 Delview Drive
Folcroft, PA  19032
Plaintiff, *pro se*

Carl McBrearty
928 Delview Drive
Folcroft, PA  19032
Plaintiff, *pro se*

Nina McBrearty
Amosland Road
Rosedale Apartments
Holmes, PA
Plaintiff, *pro se*

Thomas C. Gallagher, Esquire
Holsten & Associates
One Olive Street
Media, PA  19063
Attorney for Defendants, Delaware County
and Delaware County Sheriffs Department

James M. Caponi, Esquire
Marshall Dennehey Warner Coleman & Goggi
One Montgomery Plaza, Suite 1002
Norristown, PA  19401
Attorney for Defendant, Media Borough

_____
Carl J. DiCampli

M:\M Dir\30 001\0 504\D iCam pli\SurR eply
ckeaneMay 21, 2003