IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MCBREARTY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DELAWARE COUNTY SHERRIFFS | : | |
| DEPARTMENT, et al. | : | NO. 02-4553 |

## O R D E R

      **AND NOW,** this         day of July, 2003, following conference with counsel in chambers, **IT IS HEREBY ORDERED** that:

      1.  Any request for counsel shall be filed by July 22, 2003;

      2.  All discovery shall be completed by September 8, 2003;

      3.  The parties shall file and serve summary judgment motions, together with supporting briefs, on or before September 29, 2003;

      4.  Briefs in opposition to the summary judgment motions shall be filed on or before October 20, 2003;

      5.  The court will schedule a final pretrial conference following the resolution of dispositive motions; and

      6.  The deadlines set forth in this scheduling order also apply to plaintiffs Carl McBrearty and Nina McBrearty, who did not appear for the conference.

      BY THE COURT:

      _____
      LEGROME D. DAVIS, J.