JOHN McBREARTY
928 DELVIEW DRIVE
FOLCROFT PENNSYLVANIA 19032
(610) 534-2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN McBREARTY : | |
| CARL McBREARTY : | |
| NINA McBREARTY : | CIVIL ACTION NO. 02-4553 |
| Plaintiff : | |
| vs. : | |
| DELAWARE COUNTY SHERRIFFS DE-PARMENT : | |
| NORWOOD BOROUGH POLICE DE-PARTMENT : | |
| DELAWARE COUNTY : | |
| MEDIA BOROUGH : | |
| Defendant : | |

PETITION FOR COUNCIL EXPENSES

Plaintiffs, John McBrearty, Carl McBrearty, and Nina McBrearty, moves this Honorable Court to accept this petition for council expenses, pursuant to order dated July 7 2003.

The plaintiffs, even though they all enjoy employment, do not have the types of jobs that would produce the money that is needed. When I was actively seeking help from law firms, the firms that would handle this case wanted 5,000 to look at it. The plaintiffs together cannot afford that.

It is the plaintiffs belief that one law firm should represent us together.

I would like to apologize to all for stepping out of line when I was digging for information. I called May, Maryann Graces secretary and I was looking for a copy of the written statement I provided to Maryann about our protest desires. I called Tom Gallagher immediately after and told him what I was doing and why. He was very upset with me. I wasn't aware that I should not behave like that. I meant no disrespect. We don't want to cheat to win.

Events like this could be avoided if the court could provide some help.

It is the Plaintiffs intentions to see 10 million from experiencing this event, 3 from the process, and 7 from the book rights. If the court assists us with this petition, there is a possibility that a jury could award considerably more. The plaintiffs have no intention of collecting that money if any would result. We our not entitled to that money because on our own we cannot produce those results, I would be more conservative with the jury than a law firm would be. Money that gets generated from the assistance of council should be donated in the form of a grant in the judges name or anonymous to a university, or a kinder care program, something with an established civil merit.

Respectfully Submitted,

John McBrearty

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCBREARTY;<br>CARL MCBREARTY; and<br>NINA MCBREARTY<br><br>v.<br><br>DELAWARE COUNTY SHERIFFS<br>DEPARTMENT; NORWOOD BOROUGH<br>POLICE DEPARTMENT; DELAWARE<br>COUNTY; and MEDIA BOROUGH | :<br>:<br>:<br>:<br>:   CIVIL ACTION NO: 02-4553<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

    I, John McBrearty , hereby state that a true and correct copy of the Plaintiffs Petition for council expenses, has been sent via First Class mail to the following .

| | | |
|---|---|---|
| Carl DiCampli, Esquire<br>Margolis Edelstein<br>The Curtis Center, 4 th floor<br>Independence Square West<br>Philadelphia, PA 19106-3304 | Thomas Gallagher, Esquire<br>Holsten & Associates<br>One Olive Street<br>Media, PA 19063 | James Caponi, Esquire<br>Marshhall, Dennehey,Warner<br>Coleman & Goggin<br>Suite 1002, One Montgomery Plaza<br>Norristown, PA 19401 |
| Clerk of Court<br>United States District Court<br>601 Market Street<br>Philadelphia, PA 19106-1797 | John & Carl McBrearty<br>Hand delivered<br>928 Delview Drive<br>Folcroft, PA 19032-1706 | Nina McBrearty<br>Hand delivered<br>316 E. 21st Street<br>Chester, PA 19013 |

July 12 2003

                                                                                                    _____
                                                                                                      John McBrearty