JOHN McBREARTY
928 DELVIEW DRIVE
FOLCROFT PENNSYLVANIA 19032
(610) 534-2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN McBREARTY : | |
| CARL McBREARTY : | |
| NINA McBREARTY : | CIVIL ACTION NO.  02-4553 |
| : | |
| Plaintiff : | |
| : | |
| : | |
| vs. : | |
| : | |
| DELAWARE COUNTY SHERRIFFS DE- : | |
| PARMENT : | |
| NORWOOD BOROUGH POLICE DE- : | |
| PARTMENT : | |
| DELAWARE COUNTY : | |
| MEDIA BOROUGH : | |
| : | |
| Defendant : | |
| : | |

DISCOVERY  INFORMATION

    1. Provided is the first wave of information. It contains copy's of 2 tapes and one transcript of court proceedings that occurred in the Delaware county courthouse. The tapes and transcripts are labeled by date. One of the tapes is an edited recording of the transcript. All of the items were provided by the courthouse.

    2. On the tape labeled 10/28/02, Mike Raffaele, Belinda's divorce council is describing to Judge Maureen Fitzpatrick how the legal process was directed by the sheriffs department. The exact words on the tape are  "The sheriff directed that we file a petition under the protection from abuse act to have him removed so they could seize the guns." Clear evidence that the sheriffs department initiated the PFA. This constitutes malice.

3. In the transcript that was provided for 3/21/02 on page five lines 15 –25 clearly spell out that the Judge, Barry Dozor, was clearly aware of a due process violation that was occurring. The tape that is supposed to represent the event. That starts on page 11 of the transcript. The smoking gun is on page 5, the tape starts on page 11. Evidence tampering. On page 12 between lines 6 & 7, is when they went into the judges chambers. On page 12 lines 12—25 how did Mr. Puppio get to there in 120 seconds? It doesn't make sense.

4. Even though the information points the finger at the sheriffs department, The tapes and transcripts were provided from the Delaware county courthouse, these events occurred on Delaware county property. Delaware county is responsible for our losses also.

5. Media borough who was not represented at the conference has a major issue also. We followed Jeffrey Smith's directions, we were violated. The Media borough ordinance, when executed resulted in our rights being violated. Either there ordinance is flawed or there process is flawed.

Respectfully Submitted,

_____
John McBrearty

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCBREARTY;<br>CARL MCBREARTY; and<br>NINA MCBREARTY<br><br>v.<br><br>DELAWARE COUNTY SHERIFFS<br>DEPARTMENT; NORWOOD BOROUGH<br>POLICE DEPARTMENT; DELAWARE<br>COUNTY; and MEDIA BOROUGH | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO: 02-4553<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

    I, John McBrearty , hereby state that a true and correct copy of discovery information, has been sent via First Class mail to the following .

| | | |
|---|---|---|
| Carl DiCampli, Esquire<br>Margolis Edelstein<br>The Curtis Center, 4 th floor<br>Independence Square West<br>Philadelphia, PA 19106-3304 | Thomas Gallagher, Esquire<br>Holsten & Associates<br>One Olive Street<br>Media, PA 19063 | James Caponi, Esquire<br>Marshhall, Dennehey, Warner<br>Coleman & Goggin<br>Suite 1002, One Montgomery Plaza<br>Norristown, PA 19401 |
| Clerk of Court<br>United States District Court<br>601 Market Street<br>Philadelphia, PA 19106-1797 | John & Carl McBrearty<br>Hand delivered<br>928 Delview Drive<br>Folcroft, PA 19032-1706 | Nina McBrearty<br>Hand delivered<br>316 E. 21st Street<br>Chester, PA  19013 |

July 14 2003

                                                                                      _____
                                                                                      John McBrearty