IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN MCBREARTY, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **DELAWARE COUNTY SHERIFFS** | : | |
| **DEPARTMENT, et al.** | : | NO. 02-4553 |

### O R D E R

**AND NOW**, this          day of August, 2003, upon consideration of the Motion of Defendant, Norwood Borough Police Department, to Compel plaintiffs, Nina McBrearty, John McBrearty, and Carl McBrearty, to respond to defendant's Requests for Production of Documents, **IT IS HEREBY ORDERED** that said motion is **GRANTED.** Plaintiffs are hereby ordered to serve defendant with full, complete and specific verified responses to the Requests for Production of Documents within ten (10) days of the date of this Order.

BY THE COURT:

_____
**LEGROME D. DAVIS, J.**