JOHN McBREARTY
928 DELVIEW DRIVE
FOLCROFT PENNSYLVANIA 19032
(610) 534-2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN McBREARTY : <br> CARL McBREARTY : <br> NINA McBREARTY : | CIVIL ACTION NO. 02-4553 |
| Plaintiff : | |
| vs. : | |
| DELAWARE COUNTY SHERRIFFS DE- : <br> PARMENT <br> NORWOOD BOROUGH POLICE DE- : <br> PARTMENT <br> DELAWARE COUNTY : | |
| Defendant : | |

PETITION FOR A TIME EXTENSION TO FILE AN APPEAL

Dear Honorable Judge Legrome Davis:

The Plaintiffs were notified on 5/5/04 that our case was closed on 2/24/04.

None of the Plaintiffs were ever notified. I found out after calling the courthouse to find out what was happening since the time had expired. The clerks office said they would send us a copy.

We are petitioning for a time extension on the due date for filing an appeal.

Sincerely,

_____
John McBrearty

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCBREARTY;<br>CARL MCBREARTY; and<br>NINA MCBREARTY<br><br>v.<br><br>DELAWARE COUNTY SHERIFFS<br>DEPARTMENT; NORWOOD BOROUGH<br>POLICE DEPARTMENT; DELAWARE<br>COUNTY; and MEDIA BOROUGH | CIVIL ACTION NO: 02-4553 |

## CERTIFICATE OF SERVICE

    I, John McBrearty , hereby state that a true and correct copy of Petition for a time extension to file an appeal, has been sent via First Class mail to the following .

| | | |
|---|---|---|
| Carl DiCampli, Esquire<br>Margolis Edelstein<br>The Curtis Center, 4 th floor<br>Independence Square West<br>Philadelphia, PA 19106-3304 | Thomas Gallagher, Esquire<br>Holsten & Associates<br>One Olive Street<br>Media, PA 19063 | Clerk of Court<br>United States District Court<br>601 Market Street<br>Philadelphia, PA 19106-1797 |
| John & Carl McBrearty<br>Hand delivered<br>928 Delview Drive<br>Folcroft, PA 19032-1706 | Nina McBrearty<br>Hand delivered<br>316 E. 21st Street<br>Chester, PA  19013 | Honorable Legrome D. Davis<br>Judge, United States District Court for<br>the Eastern District of Pennsylvania<br>United States Courthouse, Room 5918<br>601 Market Street<br>Philadelphia, PA 19106 |

May 5,  2004

                                                                                     John McBrearty