JOHN McBREARTY
928 DELVIEW DRIVE
FOLCROFT PENNSYLVANIA 19032
(610) 534-2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN McBREARTY                          :
CARL McBREARTY                          :
NINA McBREARTY                          :        CIVIL ACTION NO.  02-4553
                                        :
            Plaintiff                   :
                                        :
                                        :
vs.                                     :
                                        :
DELAWARE COUNTY SHERRIFFS DE-           :
PARMENT                                 :
NORWOOD BOROUGH POLICE DE-              :
PARTMENT                                :
DELAWARE COUNTY                         :
                                        :
                                        :
            Defendant                   :

<u>RESPONSE TO RESPONCES</u>

Gentlemen:

Wonderful word craftsmanship. Beyond comprehension. Strains credulity.

I too, want to enter a few words. The truth.

This is not the first time.

The Plaintiffs were never notified by the clerk on the previous negative decision

that was made. The one where Media borough was let off. I was notified of that decision

when Carl DiCampli told me at the discovery get together. Still to this day none of the

plaintiffs has ever received a copy of that decision.

Sincerely,

_____
John McBrearty

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN MCBREARTY;**<br>**CARL MCBREARTY; and**<br>**NINA MCBREARTY**<br><br>**v.**<br><br>**DELAWARE COUNTY SHERIFFS**<br>**DEPARTMENT; NORWOOD BOROUGH**<br>**POLICE DEPARTMENT; DELAWARE**<br>**COUNTY; and MEDIA BOROUGH** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION NO: 02-4553** |

**CERTIFICATE OF SERVICE**

I, John McBrearty , hereby state that a true and correct copy of  Response to Responses, has been sent via First Class mail to the following .

Carl DiCampli, Esquire
Margolis Edelstein
The Curtis Center, 4 th floor
Independence Square West
Philadelphia, PA 19106-3304

Thomas Gallagher, Esquire
Holsten & Associates
One Olive Street
Media, PA 19063

Clerk of Court
United States District Court
601 Market Street
Philadelphia, PA 19106-1797

John, Carl & Nina McBrearty
Hand delivered
928 Delview Drive
Folcroft, PA 19032-1706

Honorable Legrome D. Davis
Judge, United States District Court for
the Eastern District of Pennsylvania
United States Courthouse, Room 5918
601 Market Street
Philadelphia, PA 19106

May 29,  2004

_____
John McBrearty