JOHN McBREARTY
928 DELVIEW DRIVE
FOLCROFT PENNSYLVANIA 19032
(610) 534-2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN McBREARTY | : | |
| CARL McBREARTY | : | |
| NINA McBREARTY | : | CIVIL ACTION NO. 02-4553 |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | |
| vs. | : | |
| | : | |
| DELAWARE COUNTY SHERRIFFS DEPARMENT | : | |
| NORWOOD BOROUGH POLICE DEPARTMENT | : | |
| DELAWARE COUNTY | : | |
| | : | |
| | : | |
| Defendant | : | |

## CHANGE OF ADDRESS

To the Clerk of court:

Please change the mailing address for Nina McBrearty.

Nina has moved to 928 Delview Dr. Folcroft, PA 19032

_____

John McBrearty