John McBrearty
928 Delview Drive
Folcroft PA 19032
(610) 534-2002

January 3, 2005

Clerk of Court
United States Court of Appeals for the Eastern District of Pennsylvania

      Re:    McBrearty, et al. v. Delaware County Sheriffs Dep't, et al.
              Civil Action No. 02-cv-4553

Dear Clerk of Court:

      This letter is an attempt to receive a response.  Attached is an appeal request that was sent twice with no response.  Why is there a delay?  On numerous previous correspondences relating to this complaint there was prompt action on the courthouses behalf.  Is there something additional that we must do to get a day in court to appeal?  Our last day in court, June 10, 2004 no evidence was presented that proved that the Plaintiffs were notified in a timely manner of the courts decision. Is there a reason we are being denied a jury?  Is there a reason we are being denied justice?  Anxiously waiting a response.

                                                            Very truly yours,

                                                            _____

                                                            John McBrearty

UNITED STATES COURT OF APPEALS
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCBREARTY;<br>CARL MCBREARTY; and<br>NINA MCBREARTY<br><br>v.<br><br>DELAWARE COUNTY SHERIFFS<br>DEPARTMENT; NORWOOD BOROUGH<br>POLICE DEPARTMENT; DELAWARE<br>COUNTY; and MEDIA BOROUGH | :<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION NO: 02-4553<br>:<br>:<br>:<br>:<br>: |

CERTIFICATE OF SERVICE

    I, John McBrearty , hereby state that a true and correct copy of  letter to the clerk, has been sent via Certified mail to the following .

Carl DiCampli, Esquire
Margolis Edelstein
The Curtis Center, 4 th floor
Independence Square West
Philadelphia, PA 19106-3304

Thomas Gallagher, Esquire
Holsten & Associates
One Olive Street
Media, PA 19063

Clerk of Court
United States District Court
601 Market Street
Philadelphia, PA 19106-1797

John, Carl & Nina McBrearty
Hand delivered
928 Delview Drive
Folcroft, PA 19032-1706

Honorable Legrome D. Davis
Judge, United States District Court for
the Eastern District of Pennsylvania
United States Courthouse, Room 5918
601 Market Street
Philadelphia, PA 19106

January 3,  2005

                                                                     _____
                                                                       John McBrearty

JOHN McBREARTY
928 DELVIEW DRIVE
FOLCROFT PENNSYLVANIA 19032
(610) 534-2002

IN THE UNITED STATES COURT OF APPEALS
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN McBREARTY : <br> CARL McBREARTY : <br> NINA McBREARTY : <br> : <br> Plaintiff : <br> : <br> : <br> vs. : <br> : <br> DELAWARE COUNTY SHERRIFFS DE- : <br> PARMENT , : <br> NORWOOD BOROUGH POLICE DE- : <br> PARTMENT, : <br> DELAWARE COUNTY : <br> : <br> : <br> Defendant : <br> : | CIVIL ACTION NO. 02-4553 |

PETITION FOR A TIME EXTENSION TO FILE AN APPEAL

Dear Court of appeals administrator:

The Plaintiffs were notified on 5/5/04 that our case was closed on 2/24/04.

None of the Plaintiffs were ever notified. I found out after calling the courthouse to find out what was happening since the time had expired. The clerks office said they would send us a copy.

We are petitioning for a time extension on the due date for filing an appeal.

Sincerely,

_____
John McBrearty

UNITED STATES COURT OF APPEALS
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCBREARTY;<br>CARL MCBREARTY; and<br>NINA MCBREARTY<br><br>v.<br><br>DELAWARE COUNTY SHERIFFS<br>DEPARTMENT, NORWOOD BOROUGH<br>POLICE DEPARTMENT, and DELAWARE<br>COUNTY | CIVIL ACTION NO: 02-4553 |

CERTIFICATE OF SERVICE

    I, John McBrearty , hereby state that a true and correct copy of  Petition for a time extension to file an appeal, has been sent via First Class mail to the following .

Carl DiCampli, Esquire
Margolis Edelstein
The Curtis Center, 4 th floor
Independence Square West
Philadelphia, PA 19106-3304

Thomas Gallagher, Esquire
Holsten & Associates
One Olive Street
Media, PA 19063

Clerk of Court
United States District Court
601 Market Street
Philadelphia, PA 19106-1797

John ,Carl & Nina McBrearty
Hand delivered
928 Delview Drive
Folcroft, PA 19032-1706

United States Court of Appeals for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

November 20,  2004

December 4, 2004

                                                                        John McBrearty